GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  TEvangelis@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
  BEvanson@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  HRichardson@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA,
  SBN 254433
  DManthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000
Fax: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  JLipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel: 415.393.8200
Fax: 415.393.8306

Attorneys for Plaintiffs Lydia Olson, Miguel Perez,
Postmates Inc., and Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA OLSON, MIGUEL PEREZ, POSTMATES INC., and UBER TECHNOLOGIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; XAVIER BECERRA, in his capacity as Attorney General of the State of California; and "JOHN DOE," in his official capacity,<br><br>Defendants. | **CASE NO. 2:19-cv-10956-DMG-RAO**<br><br>**DECLARATION OF MIGUEL PEREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Dolly M. Gee<br>Hearing Date: February 7, 2020<br>Time: 2:00 P.M. |

## DECLARATION OF MIGUEL A. PEREZ

I, Miguel Angel Perez, do hereby swear, affirm, and attest as follows:

1. I am over the age of 18. I currently reside in Canyon Country, California. I am a plaintiff in the above-captioned matter. I make this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. Except where otherwise indicated, all of the information contained in this declaration is based on my personal knowledge and, if called and sworn as a witness, I could and would competently testify to it.

2. I started using the Postmates app as an independent contractor courier almost four years ago, in April 2016. I have used the app to run my own delivery business as a courier since that time and continue to use it today.

3. Before I began to work as an independent contractor courier, I drove a big rig as a commercial, class A truck driver for FedEx. I drove across the 48 states for almost a year, often 14 hours at a stretch. I had regular shifts. I did not get to choose when I worked and often got stuck with the graveyard shift. I had a hard time working regular shifts, and did not like working the graveyard shift because I was always getting injured. I got into a minor accident in 2014 because I had to work the graveyard shift. Also, I did not like how little time I got to spend with my wife and children.

4. Around this time I started to look for other work. One of my friends told me about Uber, so I tried giving rides using the Uber mobile app as a driver. I tried Uber for about a week, and then used Lyft for about 8 months.

5. I learned about Postmates when I was using Lyft as a driver. I heard about it from one of my passengers. I found that I like delivering food and other items locally better than giving rides. I've tried other apps as well. I've signed up to use Caviar, Grubhub, Doordash, and Uber Eats. I use these apps sometimes to run my local delivery business.

6. When I started using the Postmates app, I used it for only a few hours at a time. I now like to use it to work as many hours as possible. I like that nobody tells me when to start or stop working, and nobody tells me how much or how little I can work. I am my own boss. I have earned over $200,000 using the Postmates app. I estimate that I make about double what I did driving a truck on the graveyard shift—and in a much safer way. I choose when, where, and how to work, and still make enough money to live a good life and support my family.

7. I earn a lot of tips by getting orders completed as fast as I can. I drive creatively, and go to customers' doors unless they tell me not to. Also, LA is a tricky market because it is challenging to find parking. Over time I have gotten to know the best ways to find customer parking and restaurant parking. I've also learned shortcuts, streets to avoid during the day, and which areas have a lot of merchants that customers want deliveries from. I also know which restaurants to accept deliveries from and which to avoid, because for example they take too long to prepare food. All of that comes from the skill and experience that I have developed by running my own business and being my own boss. I also have built good relationships with the

restaurants and other merchants I regularly deliver from, which helps me run my delivery business.

8. Because of the money I have made using the Postmates app, my family has now gotten out of debt and we are saving to buy a house. And my wife was able to quit her job. We have a young daughter who needs her mother at home because of separation anxiety, so this has been helpful to my family.

9. I know that not everyone uses the app the same way that I do from speaking with other couriers about our respective businesses. Some couriers turn off the app for two hours and go to the gym or go home and then continue using the app later. I don't like to do that. I like to work more continuously with shorter breaks, and on my terms, not in shifts.

10. I use the Postmates app to connect with customers who request local delivery around the Los Angeles area, but I appreciate that Postmates does not assign me a territory or restrict where I can use the app as a courier. And I don't have to go into any office—ever. I don't have to contact or report to Postmates either. And I don't have to attend trainings or be controlled in how I choose to operate my delivery business.

11. I report my income on my taxes as an independent contractor. Postmates sends me a 1099 tax form. It has never sent me a W-2.

12. I run my delivery business using a 2020 Corolla Hybrid, which I lease. I pay for my own expenses, such as gas and lease payments. I take deductions from my

business expenses on my taxes. I worry that, if I were an employee, I may not be able to do this. Losing that tax benefit would be difficult for me.

13. When I started using the Postmates app, I understood that I was an independent contractor, and not an employee, and I understood the difference. I have been an employee before. I intended to be an independent contractor when I signed up; in fact, that is a significant part of what made Postmates so attractive to me and led me to contract with Postmates to use the app for referrals for my delivery business. I still believe that I am an independent contractor.

14. I love that Postmates does not restrict my right to use other apps or offer delivery services through other means—or restrict me from having a different job or accepting other sorts of work opportunities, whether part-time or full-time. When Postmates is slow, I'll sometimes accept a request from Uber Eats or Doordash to deliver food.

15. I determine when I log on and log off the Postmates app. I do so at different times of day, and different days of the week, depending on my needs at the moment. I work for myself. Postmates does not set my work schedule or tell me when or how I should use the app. I wear what I want, and no one tells me when I have to work. I work on my own schedule, at my own pace.

16. It feels really good to be my own boss. Postmates has never suspended or threatened to suspend my account because I use the app too little or too much; they seem perfectly willing to accept courier users who use the app a little or a lot.

17. In fact, Postmates lets me accept or decline whatever delivery offers I get. I never have to accept any specific delivery request. I sometimes turn down delivery requests if the restaurant is too far away, or it looks like it will take too long before the food is ready, or parking will be a big problem. From using the Postmates app around the LA area so much, I've learned the most efficient ways to use the app to make local deliveries. And I love that I've gotten to know so many people who work at the restaurants around LA, and they know me, which also helps me run my delivery business efficiently. But one thing that sets Postmates apart is that I get more than delivery offers for just restaurants—I also get delivery offers for other merchants. I'll deliver pretty much anything my customers want from a local restaurant or store. My customers get their deliveries in minutes after they place an order on the app.

18. I value the flexibility the app gives me because it allows me to work around my family schedule, and to take advantage of opportunities to earn additional revenue when those are available. My family takes trips up to northern California, often long weekends, about four times each year. We can go on those whenever we want. I don't have to tell anyone in advance or ask permission. If my son has a little league baseball game or practice in the middle of the day, I can go to it. If I want to work a lot one week and less another week, I don't need to get approval; I can just do it. If I don't want to work at all, I just turn off the app without having to ask for permission or tell anyone. That gives me freedom to do whatever I want. As a result, I feel empowered as a worker and a parent. I take pride in the work that I do.

19. I do not want to be an employee. I know what it is like to be an employee, and I do not want to be one. I want to be in control of when I work, how much I work, and how much I earn. I want to be my own boss. I believe that the new law in California called AB 5 is threatening the freedom and flexibility that I have relied on for years to support my family. I want to continue the way I am. I do not understand how California lawmakers decided who AB 5 should apply to, but I do not feel like they listened to the views of people like me. I would be open to getting even better pay and benefits if I can continue the way I am and still be independent and my own boss, but the new law does not do that.

20. I fear that, if Postmates is not allowed to consider its couriers independent contractors anymore many of us would lose this essential income stream, and this great line of work, entirely. Frankly, I'm concerned that AB 5 could destroy the on-demand economy. That's why I wanted to be a plaintiff in this suit. Not being able to be an independent service provider would be a major, negative, and permanent disruption in my life. I might have to give up my delivery business and go back to driving a truck for a set shift. That won't give me the freedom that I like and that my family needs, and it's not for me. And if I have to give up my delivery business, I worry that I may not be able to get it back. I like being my own boss and making as much money as I want without asking anybody for permission about when or how to work, while at the same time spending time with my family whenever I want. The amount of harm I would suffer if I cannot be an independent on-demand worker would not be calculable

in dollars and cents. No amount of money can give me my freedom and flexibility back.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California, the 30th day of December, 2019.

_____
Miguel A. Perez