XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3879
 Fax:  (415) 703-1234
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for the State of California and Attorney General Xavier Becerra, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LYDIA OLSON; et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; et al.,**<br><br>Defendants. | 2:19-CV-10956-DMG-RAO<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: February 7, 2020<br>Time: 2:00 P.M.<br>Courtroom: 8C, 8th Floor<br>Judge: Hon. Dolly M. Gee<br>Trial Date: None set<br>Action Filed: December 30, 2019 |

Defendants State of California and Attorney General Xavier Becerra submit this request for judicial notice under Federal Rule of Evidence 201(b), in support of their concurrently filed opposition to Plaintiffs' Motion for a Preliminary Injunction.

Specifically, Defendants seek judicial notice of the following documents.

1.) The January 3, 2020 Order denying a temporary restraining order in *American Society of Journalists and Authors, Inc. v. Becerra*, No. CV 19-10645-

1

PSG. A true copy of this document is attached as Exhibit 1 to the Declaration of Jose A. Zelidon-Zepeda Opposing Plaintiffs' Motion for a Preliminary Injunction.

2.) The October 29, 2019 Initiative submitted to the California Attorney General's Office, entitled "the Protect App-Based Drivers and Services Act." A true copy of this document is attached as Exhibit 2 to the Declaration of Jose A. Zelidon-Zepeda Opposing Plaintiffs' Motion for a Preliminary Injunction.

Under Rule 201(c)(2), courts "must take judicial notice if a party requests it and the court is supplied with the necessary information." Judicial notice of court decisions is appropriate under this rule. *See, e.g., U.S. v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004). Likewise, courts take judicial notice of "[p]ublic records and government documents available from reliable sources on the Internet." *Gerritsen v. Warner Bros. Entertainment Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015).

Dated: January 17, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

/s/ *Jose A. Zelidon-Zepeda*
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
*Attorneys for the State of California and Attorney General Xavier Becerra, in his official capacity*

SA2020100015
21781573.docx

# CERTIFICATE OF SERVICE

Case Name:   *Olson, et al v. State of California*   Case No.   2:19-CV-10956-DMG-RAO

I hereby certify that on January 17, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**
- **DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**
- **DECLARATION OF JOSE A. ZELIDON-ZEPEDA IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**
- **EXHIBITS 1-2**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 17, 2020, at San Francisco, California.

| M. Mendiola | /s/ *M. Mendiola* |
|---|---|
| Declarant | Signature |

SA2020100015
21782532.docx