1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYDIA OLSON, et al.<br><br>               Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.<br><br>              Defendants. | **CASE NO. 2:19-cv-10956-DMG-RAO**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Hon. Dolly M. Gee |

1    This Court, having considered all of the papers submitted by the parties and the

2 relevant authorities, HEREBY ORDERS that Lydia Olson, Miguel Perez, Postmates,

3 Inc. and Uber Technologies, Inc.'s Request for Judicial Notice in Support of their

4 Motion for a Preliminary Injunction is GRANTED.

5    The Court hereby takes judicial notice of:

6    1.    Plaintiffs' Motion for Provisional Relief, *Regents of Univ. of Cal. v.*

7 *United States Dep't Homeland Sec.*, No. 17-cv-05211-WHA (N.D. Cal. Jan. 9, 2018);

8    2.    Brief Amicus Curiae of Virginia, Maryland, California, Connecticut,

9 Delaware, Illinoise, Iowa, Maine, Massachusetts, New Mexico, New York, North

10 Carolina, Oregon, Rhode Island, Vermont, Washington, and the District of Columbia

11 in Support of Appellees and Affirmance, *Int'l Refugee Assistance Project v. Trump*,

12 857 F.3d 554 (4th Cir. 2017);

13    3.    Order Granting Temporary Restraining Order, *California Trucking Ass'n*

14 *et al., v. Becerra et al.*, No. 3:18-cv-02458-BEN-BLM (S.D. Cal. Dec. 31, 2019);

15    4.    Order Granting Preliminary Injunction, *California Trucking Ass'n et al.,*

16 *v. Becerra et al.*, No. 3:18-cv-02458-BEN-BLM (S.D. Cal. Jan. 16, 2020);

17    5.    Docket Report, First Franklin Fin. Corp. v. Franklin First Fin., Ltd., 356

18 F. Supp. 2d 1048, No. 3:04-cv-02842-WHA (N.D. Cal. 2005)

19    6.    @LorenaSGonzalez, Twitter (Jan. 20, 2020, 11:55 PM),

20 https://twitter.com/LorenaSGonzalez/status/1219528872351322114

21    7.    @LorenaSGonzalez, Twitter (Jan. 20, 2020, 11:35 PM),

22 https://twitter.com/LorenaSGonzalez/status/1219523961517527040

23    **IT IS SO ORDERED.**

24 Dated: _____

25

26    DOLLY M. GEE
     UNITED STATES DISTRICT JUDGE

27

28