UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LYDIA OLSON, MIGUEL PEREZ, POSTMATES INC., and UBER TECHNOLOGIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; XAVIER BECERRA, in his capacity as Attorney General of the State of California; and "JOHN DOE," in his official capacity,<br><br>Defendants. | **Case No.: CV 19-10956-DMG (RAOx)**<br><br>**ORDER RE JOINT STIPULATION TO REVISE DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT AND SUBSEQUENT BRIEFING SCHEDULE [22]** |

Having read and reviewed the parties' Joint Stipulation to Revise Defendants' Deadline to Respond to Plaintiffs' Complaint and Subsequent Briefing Schedule, the Court finds good cause therein to revise Defendants' deadline to respond to the complaint and subsequent briefing schedule as follows:

1. Defendants' response to Plaintiffs' Complaint shall be due on February 13, 2020.

2. In the event Defendants file a Motion to Dismiss, Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss by March 12, 2020, and Defendants shall file their Reply in Support of their Motion to Dismiss by March 26, 2020.

3. In the event Defendants file a Motion to Dismiss, Defendants will notice the hearing on the Motion to Dismiss on or after April 17, 2020 at 10:00 a.m.

4. In the future, the parties shall avoid submitting requests for continuance or extension of time less than five court days prior to the expiration of the scheduled date. *See* Initial Standing Order at 11 [Doc. # 11]; Judge Gee's Procedures and Schedules at ¶ 7, United States District Court, Central District of California website.

**IT IS SO ORDERED.**

DATED: January 27, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE