Daniel Rockey (SBN 178604)
Alexandra C. Whitworth (SBN 303046)
Thomas Kinzinger (SBN 323889)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email: dan.rockey@bclplaw.com
           alex.whitworth@bclplaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LYDIA OLSON, et al.,<br><br>                                  Plaintiffs,<br><br>         vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                                  Defendants. | Case No. 2:19-cv-10956-DMG-RAO<br><br>**DECLARATION OF LAMAR WILDER IN SUPPORT OF AMICUS CURIAE BRIEF OF CALIFORNIA ON-DEMAND CONTRACTORS** |

601551785.1

I, LaMar Wilder, declare as follows:

1. I am a self-employed driver who mainly uses the Uber platform to find customers. I make this declaration in support of the Amicus Curiae Brief of California On-Demand Workers In Support of Plaintiffs' Motion for Preliminary Injunction. The following is based on my personal knowledge.

2. I have been a self-employed driver using the Uber platform and other platforms for approximately four years.

3. My independent contractor status gives me the flexibility to drive when I feel like it, and to not drive when I don't feel like it. I can also choose where I want to drive and what platform I want to use to find customers.

4. I prefer to drive longer trips, and I have found that finding customers in Malibu using the Uber app, rather than other platforms, offers me better opportunities for these more profitable rides.

5. If I am required to become an employee, I will lose the freedom to decide when and where I can drive. I like being able to take off whenever I want to go out of town, without having to ask permission or work around a set schedule.

6. If I am forced to drive as an employee, I will have to stop driving and look for other work.

7. If other drivers are forced to drive as employees, I believe they will also leave the ridesharing platforms, which will reduce the supply of drivers and hurt those who use Uber to get around.

601551785.1

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States that the foregoing is true and correct and that this declaration was executed
3  on February 4th, 2020, in ____Los Angeles____, California.

By: /s/ LaMar Wilder

LaMar Wilder

601551785.1