1   BRUCE J. SARCHET, Bar No. 121042
bsarchet@littler.com
2   MICHAEL J. LOTITO, Bar No. 108740
mlotito@littler.com
3   JAMES A. PARETTI, JR.
jparetti@littler.com
4   LITTLER MENDELSON, P.C.
500 Capitol Mall
5   Suite 2000
Sacramento, CA  95814
6   Telephone: 916.830.7200
Facsimile:  916.561.0828
7
Attorneys for *Amici Curiae*
8   CHAMBER OF COMMERCE OF
THE UNITED STATES OF AMERICA
9   ENGINE ADVOCACY

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

13

14   LYDIA OLSON, MIGUEL PEREZ,
POSTMATES INC., and UBER
TECHNOLOGIES, INC.,
15                                          Case No.  2:19-cv-10956-DMG-RAO

16              Plaintiffs,                 **[PROPOSED] ORDER GRANTING
                                            MOTION FOR LEAVE TO FILE
17   v.                                     BRIEF *AMICI CURIAE* IN
                                            SUPPORT OF PLAINTIFFS'
18   STATE OF CALIFORNIA; XAVIER            MOTION FOR A PRELIMINARY
BECERRA, in his capacity as Attorney       INJUNCTION**
19   General of the State of California; and
"JOHN DOE," in his official capacity,      Judge:         Hon. Dolly M. Gee
20                                          Hearing Date:  February 7, 2020
              Defendants.                   Time:          2:00 P.M.
21

22

23

24

25

26

27

28

1     It is hereby ORDERED that the Motion for Leave to File Brief of *Amici Curiae*

2

3 by the Chamber of Commerce of the United States of America and Engine Advocacy

4 in support of Plaintiffs' Motion for a Preliminary Injunction is GRANTED, and that

5 the Clerk is ordered to file the *amici curiae* brief that accompanied the motion on the

6

7 docket.

8     IT IS SO ORDERED.

9

10

11 Dated: _____, 2020

12

13

14 _____

DOLLY M. GEE

15 United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

2