# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA OLSON, MIGUEL PEREZ, POSTMATES INC., and UBER TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; XAVIER BECERRA, in his capacity as Attorney General of the State of California; and "JOHN DOE," in his official capacity,<br><br>Defendants. | Case No.: CV 19-10956-DMG (RAOx)<br><br>**AMENDED ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION [32]** |

      The Motion for Leave to File Brief of *Amici Curiae* by the Chamber of Commerce of the United States of America and Engine Advocacy in support of Plaintiffs' Motion for a Preliminary Injunction is GRANTED.  Amici shall file their *amici curiae* brief that accompanied the motion on the docket forthwith.

      By February 6, 2020, Defendants may file a response, if any, to the *amici curiae* brief of no more than 10 pages.

      IT IS SO ORDERED.

DATED:  February 5, 2020

                                              DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE