UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 19-10956-DMG (RAOx)** | Date February 7, 2020 |
| Title *Lydia Olson, et al. v. State of California, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Theane Evangelis | Jose A Zelidon-Zepeda, CAAG |
| Blaine H. Evanson | |
| Alex Harris | |

**Proceedings: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [14]**

     The cause is called and counsel state their appearance. The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the motion shall be taken under submission and a written order will issue.

:45