XAVIER BECERRA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3879
  Fax:  (415) 703-1234
  E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for the State of California and Attorney General Xavier Becerra, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LYDIA OLSON, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:19-CV-10956-DMG-RAO<br><br>**JOINT REQUEST FOR RULING (L.R. 83-9)**<br><br>Judge: The Honorable Dolly M. Gee<br>Trial Date: Not set<br>Action Filed: 12/30/2019 |

As required by Local Rule 83-9.2, the parties jointly request a ruling on Defendants' Motion to Dismiss, filed on March 26, 2020.  (ECF No. 69.)  In support of this request, the parties state as follows.

1. On March 26, 2020, Defendants moved to dismiss the First Amended Complaint, without leave to amend.  (ECF No. 69.)

2. The Motion to Dismiss was fully briefed as of May 8, 2020, when Defendants filed their reply.  (ECF No. 71.)

3. On May 12, 2020, the Court issued an order taking under submission Defendants' Motion to Dismiss on the briefs, and vacating the hearing.  (ECF No. 73.)

4. More than 120 days have elapsed since the Court took under submission the Motion to Dismiss, and no decision has issued.

5. Accordingly, under Local Rule 83-9.2, the parties are obligated to file, within 130 days after a motion is submitted, a request that a "decision be made without further delay."

6. In light of the above, the parties respectfully request that the Court issue a decision on Defendants' Motion to Dismiss.

Dated: 9/15/2020

/s/ *Theane Evangelis*
Theane Evangelis, Esq.
Gibson, Dunn & Crutcher, LLP
Counsel for Plaintiffs

Dated: 9/15/2020

/s/ *Jose A. Zelidon-Zepeda*
Jose A. Zelidon-Zepeda
Deputy Attorney General
California Department of Justice
Counsel for Defendants

SA2020100015
42342192.docx

# CERTIFICATE OF SERVICE

Case Name: **Lydia Olson, et al v. State of California, et al.**
Case No. **2:19-CV-10956-DMG-RAO**

I hereby certify that on September 15, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT REQUEST FOR RULING (L.R. 83-9)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 15, 2020, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|---|---|
| Declarant | Signature |

SA2020100015
42348709.docx