NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

THEANE EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7000

ATTORNEY(S) FOR: Plaintiff Postmates Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lydia Olson; Miguel Perez; Postmates Inc.; and Uber Technologies, Inc.<br><br>Plaintiff(s),<br><br>v.<br><br>Xavier Becerra, in his capacity as Attorney General of the State of California and personal capacity; and "John Doe," in his official capcaity<br><br>Defendant(s) | CASE NUMBER:<br><br>2:19-cv-10956-DMG-RAO<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Lydia Olson; Miguel Perez; Postmates Inc.; Uber Technologies, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Uber Technologies, Inc. | Uber Technologies, Inc. is the parent corporation of Postmates, LLC f/k/a Postmates Inc. |

December 18, 2020                               /s/ Theane Evangelis
Date                                                     Signature

Attorney of record for (or name of party appearing in pro per):

Lydia Olson;Miguel Perez;Postmates Inc.;Uber Technologies, Inc