ROB BONTA
Attorney General of California
HEATHER HOESTEREY
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3879
  Fax:  (415) 703-1234
  E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for the State of California and Attorney General Rob Bonta, in his official capacity*[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LYDIA OLSON, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:19-CV-10956-DMG-RAO<br><br>**JOINT REQUEST FOR RULING (L.R. 83-9)**<br><br>Judge:    The Honorable<br>            Dolly M. Gee<br>Trial Date:  Not set<br>Action Filed: 12/30/2019 |

As required by Local Rule 83-9.2, the parties jointly request a ruling on Defendants' Motion to Dismiss the Second Amended Complaint, filed on December 18, 2020. (ECF No. 84.) In support of this request, the parties state as follows.

1. On December 18, 2020, Defendants moved to dismiss the Second Amended Complaint. (ECF No. 84.)

2. The Motion to Dismiss the Second Amended Complaint was fully briefed as of February 5, 2021, when Defendants filed their reply. (ECF No. 89.)

---

[1] Per Federal Rule of Civil Procedure 25(d), former California Attorney General Xavier Becerra is substituted as Defendant by Attorney General Rob Bonta.

1

3. On February 18, 2021, the Court issued an order taking under submission Defendants' Motion to Dismiss the Second Amended Complaint on the briefs, and vacating the hearing. (ECF No. 90.)

4. More than 120 days have elapsed since the Court took under submission the Motion to Dismiss the Second Amended Complaint, and no decision has issued.

5. Accordingly, under Local Rule 83-9.2, the parties are obligated to file, within 130 days after a motion is submitted, a request that a "decision be made without further delay."

6. In light of the above, the parties respectfully request that the Court issue a decision on Defendants' Motion to Dismiss the Second Amended Complaint.

Dated:  6/25/2021	/s/ *Theane Evangelis*
	Theane Evangelis, Esq.
	Gibson, Dunn & Crutcher, LLP
	Counsel for Plaintiffs

Dated:  6/25/2021	/s/ *Jose A. Zelidon-Zepeda*
	Jose A. Zelidon-Zepeda
	Deputy Attorney General
	California Department of Justice
	Counsel for Defendants

SA2020100015
42750058.docx

## CERTIFICATE OF SERVICE

Case Name:  **Lydia Olson, et al v. State of California, et al.**
Case No.   **2:19-CV-10956-DMG-RAO**

I hereby certify that on June 25, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT REQUEST FOR RULING (L.R. 83-9)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 25, 2021, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|---|---|
| Declarant | Signature |

SA2020100015
42755994.docx