**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA OLSON; MIGUEL PEREZ; POSTMATES, INC.; and UBER TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his capacity as Attorney General of the State of California and personal capacity, <br><br> Defendant. | Case No. CV 19-10956-DMG (RAOx) <br><br> **JUDGMENT** |

This Court having granted Defendant Rob Bonta's Motion to Dismiss by Order dated July 16, 2021,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiffs Lydia Olson, Miguel Perez, Postmates Inc., and Uber Technologies, Inc., whose action is dismissed with prejudice on the merits.

DATED: July 16, 2021

                                                   DOLLY M. GEE
                                             UNITED STATES DISTRICT JUDGE