1  GIBSON, DUNN & CRUTCHER LLP
   THEANE EVANGELIS, SBN 243570
2    TEvangelis@gibsondunn.com
   BLAINE H. EVANSON, SBN 254338
3    BEvanson@gibsondunn.com
   HEATHER L. RICHARDSON, SBN 246517
4    HRichardson@gibsondunn.com
   DHANANJAY S. MANTHRIPRAGADA, SBN 254433
5    DManthripragada@gibsondunn.com
   333 South Grand Avenue
6  Los Angeles, CA  90071-3197
   Telephone:  213.229.7000
7  Facsimile:   213.229.7520

8

9  Attorneys for Plaintiffs Lydia Olson, Miguel Perez,
   Postmates Inc., and Uber Technologies, Inc.

10

11              **UNITED STATES DISTRICT COURT**

12             **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  LYDIA OLSON; MIGUEL PEREZ; POSTMATES INC.; and UBER | **CASE NO. 2:19-cv-10956-DMG-RAO** |
| 15  TECHNOLOGIES, INC., | **PLAINTIFFS LYDIA OLSON, MIGUEL PEREZ, POSTMATES INC.** |
| 16          Plaintiffs, | **(SUCCESSOR POSTMATES LLC), AND UBER TECHNOLOGIES, INC.'S** |
| 17          v. | **NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |
| 18  XAVIER BECERRA, in his capacity as Attorney General of the State of | |
| 19  California; and "JOHN DOE," in his official capacity, | Hon. Dolly M. Gee |
| 20          Defendants. | |
| 21 | |

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       **NOTICE IS HEREBY GIVEN** that Plaintiffs Lydia Olson, Miguel Perez,

3 Postmates Inc. (Successor Postmates LLC), and Uber Technologies, Inc. hereby appeal

4 to the Ninth Circuit from this Court's order granting Defendants' Motion to Dismiss and

5 Judgment (Dkt. Nos. 92 and 93), entered in this action on July 16, 2021.

6       There is another appeal pending in this case, No. 20-55267, filed on March, 11,

7 2020.

8

9 Dated: July 19, 2021

10

11                         By: */s/ Theane Evangelis*

12

13                         Theane Evangelis
                              Blaine H. Evanson

14                         Heather L. Richardson
                              Dhananjay S. Manthripragada

15                         GIBSON, DUNN & CRUTCHER LLP

16                         *Attorneys for Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

2

1
2

**REPRESENTATION STATEMENT**
Ninth Circuit Rule 3-2(b)

3
4

**Counsel for Plaintiffs Lydia Olson, Miguel Perez, Postmates Inc. (Successor Postmates LLC), and Uber Technologies, Inc.:**

5
6
7
8
9

Theane Evangelis
Blaine H. Evanson
Heather L. Richardson
Dhananjay S. Manthripragada
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000

10

11
12

**Counsel for Defendants State of California and Xavier Becerra, in his official capacity as Attorney General of the State of California:**

13
14
15
16

Rob Bonita, Attorney General of California
Tamar Pachter, Supervising Deputy Attorney General
Jose A. Zelidon-Zepeda, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: 415.510.3879

17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

3