UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LYDIA OLSON; MIGUEL PEREZ; POSTMATES, INC., (Successor Postmates LLC); UBER TECHNOLOGIES, INC., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> STATE OF CALIFORNIA; XAVIER BECERRA, in his capacity as Attorney General of the State of California, <br><br> Defendants-Appellees. | No.  21-55757 <br><br> D.C. No. 2:19-cv-10956-DMG-RAO Central District of California, Los Angeles <br><br> ORDER |

Before: RAWLINSON and FORREST, Circuit Judges, and ENGLAND,[*] District Judge.

Oral argument in this case will take place on Wednesday, July 13, 2022 at 1:00 p.m. in San Francisco, California.  Counsel may appear in person or virtually.

---

[*]  The Honorable Morrison C. England, Jr., United States District Judge for the Eastern District of California, sitting by designation.